IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11 cv 37

| | |
|---|---|
| J&P DICKEY REAL ESTATE FAMILY LIMITED PARTNERSHIP, Georgia Limited Partnership; and JERRY L. DICKEY and wife, P-NUT DICKEY,<br><br>    Plaintiffs<br><br>    V<br><br>NORTHROP GRUMMAN GUIDANCE AND ELECTRONICS COMPANY, INC., a Delaware Corporation, f/k/a Litton Systems, Inc.; and MOOG INC., a New York corporation, successor by merger to Moog Components Group Inc.,<br><br>    Defendants | **ORDER** |

**THIS MATTER** is before the court on Ann-Patton Hornthal's Application for Admission to Practice *Pro Hac Vice* of Donald W. Fowler. It appearing that Donald W. Fowler is a member in good standing with the Washington DC Bar and will be appearing with Ann-Patton Hornthal, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Ann-Patton Hornthal's Application for Admission to Practice *Pro Hac Vice* (#9) of Donald W. Fowler is **GRANTED**, and that Donald W. Fowler is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Ann-Patton Hornthal.

Signed: October 11, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge