**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:11cv37**

| | |
|---|---|
| J&P DICKEY REAL ESTATE<br>FAMILY LIMITED PARTNERSHIP,<br>et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORTHROP GRUMMAN GUIDANCE )<br>& ELECTRONICS COMPANY, INC., )<br>et al. )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

On November 22, 2011, Defendants Northrop Grumman Guidance & Electronics Company, Inc. and Moog, Inc. ("Defendants") moved to dismiss the Complaint on a number of grounds. Plaintiffs, who are represented by counsel failed to file a response to the motion. The Court **DIRECTS** Plaintiffs to file a response to the motion by December 23, 2011. No extension of time shall be granted. The Court further **INSTRUCTS** Plaintiff that the failure to file a response by December 23, 2011, will result in the Court deeming all the claims asserted against Defendants abandoned and the Court will recommend to the District Court that it dismiss the claims against Defendants with prejudice.

Signed: December 19, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge