# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11cv37

| | |
|---|---|
| J&P DICKEY REAL ESTATE FAMILY LIMITED PARTNERSHIP, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>NORTHROP GRUMMAN GUIDANCE & ELECTRONICS COMPANY, INC., et al. <br><br>    Defendants. | **ORDER** |

Pending before the Court are the Unopposed Motion to Stay [# 34] and Motion to Seal [# 36]. Defendants move to stay this action pending a ruling on the forthcoming Motion to Enforce Settlement Agreement and move for leave to file its motion and supporting documents under seal. Plaintiffs do not object to these motions. For good cause shown, the Court **GRANTS** the motions [# 34 & 36]. The Court **STAYS** all deadlines in this action pending a ruling on the forthcoming Motion to Enforce Settlement Agreement, which Defendants may file under seal.

Signed: May 25, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge